α; ACK

ORIGINAL

OF COUNSEL:
LEVIN EDUCATION ACCESS PROJECT

SUSAN K. DORSEY          7431-0
400 Davis Levin Livingston Place
851 Fort Street
Honolulu, Hawaii  96813
Telephone:  (808) 237-5327
Facsimile:  (808) 237-5347
Email: sdorsey@leaphawaii.com

Attorney for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 24 2014

at 10 o'clock and 40 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CV14 00143ACK KSC

| | |
|---|---|
| In the Matter Of<br><br>DEREK H., by and through his Mother, RITAKO H.,<br><br>               Plaintiffs,<br><br>vs.<br><br>DEPARTMENT OF EDUCATION, STATE OF HAWAII,<br><br>               Defendants. | CIVIL NO.<br>(Other Civil Action)<br><br>COMPLAINT; EXHIBIT "A" AND SUMMONS |

## COMPLAINT

COMES NOW DEREK H., by and through his Mother, RITAKO H., and

allege as follows:

1.     This action is a complaint presented pursuant to 20 U.S.C. Section 1415(i)(2).

2.     DEREK H. and RITAKO H. are persons aggrieved by the Administrative "Legend; Findings of Fact, Conclusions of Law, and Decision" dated February 27, 2014 (hereinafter referred to as "Decision") rendered in administrative proceedings conducted pursuant to the requirements of 20 U.S.C. Section 1415(f) and Chapter 60 of the Hawaii Administrative Rules ("HAR").  A copy of this Decision is attached hereto as Exhibit "A".

3.     This Court has jurisdiction over this case under 28 U.S.C. §1343 and §1331.

4.     The events giving rise to this action occurred in the State of Hawaii, and all of the parties are subject to the jurisdiction of this Court.  Therefore, venue is appropriate.

## PARTIES

5.     Plaintiff RITAKO H. is a residents of the State of Hawaii.  She is the legal parent and Guardian of DEREK H.

6.     DEREK H., is a resident of the State of Hawaii,

7.     DEREK H., has been classified as a child with a learning disability. At all times relevant to this action, he has been certified as eligible for special education in the State of Hawaii.  DEREK is entitled to a free appropriate public education ("FAPE") under the IDEA and under Section 504 of the Rehabilitation Act of 1973, 20 U.S.C. Section 794.

8.     Defendant DEPARTMENT OF EDUCATION ("DOE"), STATE OF HAWAII ("Defendant") is the department or agency of the State of Hawaii responsible for compliance with the IDEA, 20 U.S.C. Section 1401 *et. seq*. and was the Respondent in the administrative proceedings described below.

## FACTS

9.     Pursuant to 20 U.S.C. Section 1415(i)(2), any party aggrieved by the Decision filed on February 27, 2014, pursuant to 20 U.S.C. §1415(f) shall have the right to bring a civil action with respect to the Complaint presented pursuant to §1415.  This action may be brought in any State court of competent jurisdiction or in a district court of the United States without regard to the amount in controversy.

10.     Plaintiffs are aggrieved by the Decision issued on February 27, 2014 in DOE-SY1314-011 which is a final order within the ambit of 20 U.S.C. §1415(i)(2), and seek the review and reversal of the Decision limited to the issue of remedy.

11.    The Decision is erroneous, as to the denial of remedy sought, as a matter of law and is unsupported by sufficient evidence.

12.    The evidence presented at the hearing established, as affirmed by the Decision that Derek was denied a free appropriate public education both substantively and procedurally because the Defendant did not provide him with an individualized education program that addressed his unique needs.

13.    However, the Hearings Officer determined that Derek was not entitled to the remedy sought at hearing.

14.    The evidence presented at hearing does not support the Hearings Officer's findings of fact, conclusions of law and order.

WHEREFORE, Plaintiffs pray that this court:

1.    Assume jurisdiction over this case;

2.    Receive the records of the administrative proceeding described above; Affirm the Hearings Officer's Decision that Defendant denied Derek FAPE and the ABC school is an appropriate placement and reverse the Hearings Officer's Decision filed February 27, 2014 as to the Hearings Officer's denial of remedy sought by Plaintiffs and order that Plaintiffs are entitled to the remedy sought, placement of Derek at ABC School for the 2013-2014 and ESY 2014 and door to door transportation.   Order implementation of ESY services on the first day that school is not in session and any other appropriate relief;

4

3.     Grant such relief as the court determines is appropriate; and

4.     Enter an award of the fees and costs incurred in prosecuting this case

before both the United States District Court and at the Administrative level.

DATED:  Honolulu, Hawaii, March 21, 2014.

_____
SUSAN K. DORSEY
Attorney for Plaintiffs