AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| In the Matter Of: | JUDGMENT IN A CIVIL CASE |
| DEREK H., by and through his Mother, RITAKO H. | Case: CV 14-00143 ACK-KSC |
| Plaintiff(s), | |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| DEPARTMENT OF EDUCATION, STATE OF HAWAII | December 29, 2015 At 12 o'clock and 55 min p.m. SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "Order Granting in Part and Denying in Part Plaintiffs' Motion to Dismiss Counterclaims and Strike Affirmative Defenses" filed September 2, 2014, "Plaintiffs' Revised Findings and Conclusions Regarding Outstanding Costs and Expenses" filed December 8, 2015 and the "Order Adopting Plaintiffs' [sic] Revised Findings and Conclusions Regarding Outstanding Costs and Expenses, and Dismissing as Moot Plaintiffs' Administrative Appeal", filed December 29, 2015. It is further ordered that the Clerk of Court shall close this case.

| | |
|---|---|
| December 29, 2015 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by ET |
| | (By) Deputy Clerk |